No. 85–1025. WILLIAMS, T/A WILLIAMS ELECTRIC *v.* SCHOOL BOARD OF THE CITY OF PITTSBURGH. C. A. 3d Cir. Certiorari denied.

No. 85–1029. STARKMAN *v.* MARATHON OIL CO. ET AL. C. A. 6th Cir. Certiorari denied.

No. 85–1031. HUCKS ET AL. *v.* BELL TELEPHONE LABORATORIES, INC. C. A. 4th Cir. Certiorari denied.

No. 85–1032. M. J. M. EXHIBITORS, INC. *v.* STERN, INDIVIDUALLY AND AS CHAIRMAN OF THE NEW YORK STATE URBAN DEVELOPMENT CORPORATION, ET AL. C. A. 2d Cir. Certiorari denied.

No. 85–1034. JACKSON *v.* CABINET FOR HUMAN RESOURCES OF THE COMMONWEALTH OF KENTUCKY. C. A. 6th Cir. Certiorari denied.

No. 85–1039. QUANSAH *v.* JIM BUTLER & CO. ET AL. C. A. 9th Cir. Certiorari denied.

No. 85–1041. LLANO, INC. *v.* INTERNATIONAL MINERALS & CHEMICAL CORP. C. A. 10th Cir. Certiorari denied.

No. 85–1044. QUARLES *v.* OHIO. Ct. App. Ohio, Hamilton County. Certiorari denied.

No. 85–1046. RAMIREZ *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 85–1047. MIKULEC *v.* BRAUN, SHERIFF OF ERIE COUNTY. App. Div., Sup. Ct. N. Y., 4th Jud. Dept. Certiorari denied.

No. 85–1049. CHRYSLER PLASTIC PRODUCTS CORP. *v.* EREBIA. C. A. 6th Cir. Certiorari denied.

No. 85–1055. PYLE, BY STRAUB, A SUCCESSOR GUARDIAN OF HER ESTATE *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 85–1056. BISCAYNE 21 CONDOMINIUM, INC. *v.* SOUTH ATLANTIC FINANCIAL CORP. C. A. 11th Cir. Certiorari denied.